UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                           22 CR. 135 (RMB)

   -against-

                                                           **ORDER**

RICARDO FERGUSON,
                Defendant.
------------------------------------------------------------X

The Court will hold an initial pretrial conference on Tuesday, May 24, 2022 at 10:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held by telephonically pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 2135

Dated: May 18, 2022
         New York, NY

                                                    _____
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.