UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

RICARDO FERGUSON,
                Defendants.
------------------------------------------------------------X

22 CR. 135 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, June 30, 2022 at 12:00 pm is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2135

Dated: June 22, 2022
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.