

**MM**

Miedel & Mysliwiec LLP

August 8, 2022

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   ***United States v. Ricardo Ferguson***
***22-Cr-0135***

Dear Judge Berman:

The next status conference in this case is scheduled by phone for August 16, 2022. With the consent of the government, I respectfully request the status conference to be adjourned to August 25 or later.

For several weeks now, Mr. Ferguson has been hospitalized for blood clots. For the last two weeks he has been a patient at Bellevue Hospital and has undergone at least one surgical procedure. It is unclear how long he will remain in the the hospital. This situation has made communication with Mr. Ferguson more difficult, and also makes it unlikely that he would be able to participate in the August 16 phone conference. To allow some more time for him to be returned to the MDC, I respectfully request that the status phone conference, currently scheduled for August 16, be moved to August 25 or later. If the Court grants the request, Mr. Ferguson consents to an exclusion of time under the Speedy Trial Act from August 16, 2022, until the date of the next conference.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Ricardo Ferguson*

Application granted. Conference is adjourned to Tuesday, September 13, 2022 at 12:00 PM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date:  8/8/22

Richard M. Berman, U.S.D.J.