UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                   22 CR. 135 (RMB)
  -against-

                                                   **ORDER**
RICARDO FERGUSON,
                Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, September 13, 2022 at 12:00 pm is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2135

Dated: September 7, 2022
       New York, NY

                                                             */s/ Richard M. Berman*
                                                    RICHARD M. BERMAN
                                                          U.S.D.J.