Case 1:22-cr-00135-RMB   Document 19   Filed 11/08/22   Page 1 of 1

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2022

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/22

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ricardo Ferguson*, 22 Cr. 135 (RMB)

Dear Judge Berman:

      The parties write to jointly request that the Court move the trial date by one week from May 3, 2023 to May 10, 2023. The Government has a two-week murder trial that was unexpectedly adjourned from December 2022 to April 2023. The one-week change in the trial date in this matter will ensure that the Government has adequate time to meet all the Court's pretrial deadlines and streamline its case-in-chief to be as short and efficient as possible. The Government anticipates that its case-in-chief will take no longer than one week. Defense counsel consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Mathew Andrews
Assistant United States Attorney
Tel. (212) 637-6526
Mathew.andrews@usdoj.gov

Application granted on consent.

SO ORDERED:
Date: 11/10/22    *Richard M. Berman*
Richard M. Berman, U.S.D.J.