**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        22 CR. 135 (RMB)

   -against-

**ORDER**

RICARDO FERGUSON,
                Defendant.
------------------------------------------------------------X

The status conference scheduled for Thursday, December 15, 2022 at 12:00 PM is hereby rescheduled to Tuesday, December 13, 2022 at 11:00 AM.

The proceeding will take place in Courtroom 17B.

Dated: December 1, 2022
      New York, NY

                                          RICHARD M. BERMAN
                                                U.S.D.J.