**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                22 CR. 135 (RMB)
   -against-

                                                **AMENDED ORDER**
RICARDO FERGUSON,
               Defendant.
-------------------------------------------------------------X

      The status conference scheduled for Tuesday, December 13, 2022 at 11:00 PM is hereby rescheduled to Tuesday, December 20, 2022 at 10:30 AM.

      The proceeding will take place in Courtroom 17B.

Dated: December 1, 2022
       New York, NY

                                              *Richard M. Berman*
                                              _____
                                               RICHARD M. BERMAN
                                                     U.S.D.J.