Case 1:22-cr-00135-RMB   Document 37-1   Filed 05/08/23   Page 1 of 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :    22 Cr. 135 (RMB)
                                      :
            -v-                       :         ORDER
                                      :
RICARDO FERGUSON,                     :
                                      :
                        Defendant.    :
                                     :X
-------------------------------------
```

RICHARD M. BERMAN, District Judge:

On May 8, 2023, CJA counsel requested approval for the use of CJA funds to purchase a laptop and external hard drive for defendant Ricardo Ferguson to review discovery materials produced by the Government. Defense counsel represents that without this laptop the defendant will be unable to review effectively the discovery material that the Government has previously produced to defense counsel. It is hereby

ORDERED that defense counsel's request to use $550 of CJA funds to purchase a laptop and external hard drive for the defendant to review discovery is granted.

IT IS FURTHER ORDERED that defense counsel shall load the computer and external hard drive with the discovery material that defendant may maintain in his possession pursuant to the protective order.

IT IS FURTHER ORDERED that the United States Marshals Service for the Southern District of New York and any medical facility at which defendant is incarcerated between now and the

conclusion of the trial in this matter shall accept the laptop and external hard drive provided by defense counsel and make the laptop and external hard drive available to the defendant for at least eight (8) hours per day on each day that his presence is not required in court and at least three (3) hours per day on all other days.

IT IS FURTHER ORDERED that the defendant shall not use the computer to access the Internet or any material that is designated pursuant to the protective order as "sensitive disclosure material," or for any purpose other than reviewing discovery materials produced in this case.

IT IS FURTHER ORDERED that no later than the conclusion of the proceedings against the defendant in the district court, whether through dismissal of the charges against the defendant or the sentencing of the defendant, the defendant shall return the laptop to defense counsel, who shall promptly provide it to the Administrative Office of the U.S. Courts. If convicted, the defendant may not retain this laptop during any appeal.

Dated:   New York, New York
         **May 30**       , 2023

*Richard M. Berman*
RICHARD M. BERMAN
United States District Judge

2