UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                   **ORDER**

        -against-                                                  22 **CR.** 135 (RMB)

RICARDO FERGUSON,

                              Defendant.
-------------------------------------------------------------X

        The Court will hold a conference on August 23, 2023 at 11:00 am in Courtroom 17 B, 500 Pearl Street, NYC, regarding the Motion to Dismiss Counts Three and Four [#30] and the Motion to Quash Subpoena [#44].


Dated: New York, New York
         August 1, 2023

                                                        _/s/ Richard M. Berman_
                                                        **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/23