UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                               **ORDER**

    -against-                                22 **CR.** 135 (RMB)

RICARDO FERGUSON,

                Defendant.
------------------------------------------------------------X

      At the upcoming conference to be held on September 12, 2023, among other things, the Court would like to discuss with counsel alternate trial dates other than the currently scheduled Monday, October 23, 2023 commencement of trial.

      In particular, the Court will propose Monday, December 4, 2023 for the commencement of trial - - or other mutually available date(s) in place of October 23, 2023 which is no longer a feasible start date.

Dated: New York, New York
         August 24, 2023

                                            _____
                                              **RICHARD M. BERMAN, U.S.D.J.**