UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                  **ORDER**

        -against-                                               22 **CR.** 135 (RMB)

RICARDO FERGUSON,

                           Defendant.
------------------------------------------------------------X

      AUSA Peter Davis is directed to respond forthwith to the letter, dated August 25, 2023, from defense counsel, describing defendant Ricardo Ferguson's conditions of restraint and to include in his response to the Court input from the United States Marshals Service for the Southern District of New York.

      Kindly respond by noon on Tuesday, August 29, 2023.

.

Dated: New York, New York
       August 25, 2023

                                          *Richard M. Berman*
                                       **RICHARD M. BERMAN, U.S.D.J.**

cc: U.S. Marshal Ralph Sozio
    Defense counsel Florian Miedel