**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     22 CR. 135 (RMB)
                                         :
    - against -                         :     **ORDER**
                                         :
RICARDO FERGUSON,                        :
                                         :
                Defendant.      :
------------------------------------------------------------x

        The status conference scheduled for Tuesday, September 12, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: September 6, 2023
       New York, NY

                                                                   _____
                                                                    RICHARD M. BERMAN
                                                                        U.S.D.J.