**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :    22 CR. 135 (RMB)
                                         :
    - against -                       :    **ORDER**
                                         :
                                         :
RICARDO FERGUSON,                        :
                                         :
                Defendant.     :
-------------------------------------------------------------x

The arraignment scheduled for Tuesday, January 23, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: January 17, 2024
       New York, NY

                                            *Richard M. Berman*
                                            RICHARD M. BERMAN
                                                  U.S.D.J.