**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                      Government,              :          22 CR. 135 (RMB)
                                                    :
    - against -                                :          **ORDER**
                                                    :
                                                    :
RICARDO FERGUSON,                                   :
                                                    :
                      Defendant.               :
-----------------------------------------------------------------x

        The final pretrial conference scheduled for Wednesday, February 14, 2024 at 3:00 P.M. will take place in Courtroom 17B.

Dated: February 7, 2024
       New York, NY

                                                _____
                                                     RICHARD M. BERMAN
                                                           U.S.D.J.