

**Miedel & Mysliwiec LLP**

**VIA ECF**

February 26, 2024

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/24

RE: *United States v. Ricardo Ferguson*
22-Cr-135-RMB

Dear Judge Berman:

    On February 14, 2024, the Court held a pretrial status conference, at which the Court moved Mr. Ferguson's trial from February 27 to April 8. The parties subsequently jointly requested the trial to start on June 11, 2024. That application remains pending. At the conference the government indicated that it wished to file motions *in limine* supplemental to those previously filed and responded to. The Court set a filing deadline of February 23, with a response date of February 26. On February 23rd, the government submitted a 27-page supplemental motion, raising a slew of new issues.

    In light of the fact that the trial has now been moved, possibly to June 11th, and the substantial nature of the government's supplemental motion, I respectfully request until March 8 to respond to the government's supplemental motion. This will still ensure plenty of time for the adjudication of the motions before trial.

    Thank you for the Court's consideration of this request.

Sincerely,

/s/

Florian Miedel
*Counsel for Ricardo Ferguson*

**Extension granted.**

cc: All Counsel *via ECF*

SO ORDERED:
Date: 2/26/24     Richard M. Berman
Richard M. Berman, U.S.D.J.

52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com