

# Miedel & Mysliwiec LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/24

February 16, 2024

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                                  **RE:**    ***United States v. Ricardo Ferguson***
                                            **22-Cr-135-RMB**

Dear Judge Berman:

      We write jointly with the government to request that the trial date in this case, currently set for April 8, 2024, be moved to June 11, 2024.

      On February 13, 2024, this Court vacated the trial date of February 27th based on a request by the defense related to Mr. Ferguson's health condition. On February 14th, at a status conference, the Court reaffirmed its decision to vacate the trial date and offered the parties a new trial date of April 8, 2024. At the same time, however, the Court suggested that the parties could confer and present the Court with an agreeable date other than April 8th. Following the conference, the parties reached out to Chambers and learned that the Court also could accommodate a trial on May 17 or June 11, 2024.

      The parties have now conferred and respectfully request that the trial be set for June 11. The April date presented significant logistical problems to both parties, given other trials already scheduled and previously booked vacations. The June 11 date offered by Chambers is convenient for all parties.

      If the Court grants this request and moves the trial to June 11, we also ask the Court to adjust other deadlines in accordance with this schedule. The parties have already reached agreement on a new timetable for the disclosure of 3500 material.

      Finally, the parties wish to advise the Court that they are still in the process of obtaining medical records and having discussions with medical staff and will properly update the Court shortly on Mr. Ferguson's medical condition.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
Evan Lipton
*Counsel for Ricardo Ferguson*

cc: All Counsel *via ECF*

> Trial is adjourned to 6/11/24.
> Final pretrial conference is adjourned to 5/29/24 at 11:30am.
>
> SO ORDERED:
> Date: 2/26/24       /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.