

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted on consent of the government.

SO ORDERED:
Date: 4/8/24
Richard M. Berman, U.S.D.J.

RE:  **United States v. Ricardo Ferguson**
**22-Cr-135-RMB**

Dear Judge Berman:

I write, with the consent of the government, to respectfully request that Mr. Ferguson be given four extra hours per day to access his laptop for the purpose of reviewing discovery.

As the Court knows, Mr. Ferguson is awaiting his trial at the Windsor Park Nursing Home due to a number of medical conditions that do not permit him to be incarcerated at the MDC. He is confined and shackled to his bed for 24 hours a day. Several months ago, the Court permitted Mr. Ferguson to have a laptop computer (unconnected to the internet), which is loaded with his discovery and allows him to review it. Currently, the Marshal's Service permits him to use the computer for 8 hours a day.

Mr. Ferguson would like access to his discovery on the laptop computer for 12 hours a day. There is little else to do while he is shackled to his bed, and the case and the evidence against him are obviously of paramount importance to him. The Marshal's Service has informed Mr. Ferguson that a court order is required to expand the hours to which he can access the computer.

Accordingly, I respectfully request the Court to direct the Marshal's Service to permit Mr. Ferguson access to his laptop computer for 12 hours a day. As noted, the government does not object to this request.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Ricardo Ferguson*

cc:   All Counsel *via ECF*