

April 4, 2024

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                **RE:** ***United States v. Ricardo Ferguson***
                       ***22-Cr-135-RMB***

Dear Judge Berman:

    I write, with the consent of the government, to respectfully request that the final pretrial conference in this case, currently scheduled for May 29, 2024, be moved to another suitable date – preferably May 30th.

    When the Court scheduled the final pretrial conference, I did not realize that I was on CJA duty in the Eastern District of New York on May 29th. Accordingly, I respectfully request that the conference be rescheduled for another day that week. The government does not object, and asks, if possible, for May 30.

    Thank you for the Court's consideration.

                                                      Sincerely,

                                                      /s/

                                                     Florian Miedel
                                                     *Counsel for Ricardo Ferguson*

cc:    All Counsel *via ECF*

---

Final pretrial conference is rescheduled to May 28, 2024 at 10:00 am.

SO ORDERED:
Date: 4/8/24

Richard M. Berman, U.S.D.J.

---

52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com