UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                          **ORDER**

        -against-                                                 22 Cr 135

RICARDO FERGUSON,

                        Defendant.
-----------------------------------------------------------X

For the reasons stated on the record today, the defendant is permitted to call defense counsel on the telephone on Saturday June 15, 2024.

Dated: New York, New York
         June 14, 2024

                                                _____
                                                RICHARD M. BERMAN, U.S.D.J.

