UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                    Government,      :   22 CR. 135 (RMB)
     - against -                           :   **ORDER**
RICARDO FERGUSON,                         :
                    Defendant.       :
---------------------------------------------------------------x

The status conference is scheduled for Thursday, September 5, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 461 384 141#

Dated: August 28, 2024
       New York, NY

                                          _____
                                          **RICHARD M. BERMAN**
                                                **U.S.D.J.**