UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Government,　　　:　　22 CR. 135 (RMB)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　- against -　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　:
RICARDO FERGUSON,　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　:
---------------------------------------------------------------x

The status conference is scheduled for Monday, September 9, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

　　Dial-in Number: (646) 453-4442
　　Conference ID: 461 384 141#

Dated: September 5, 2024
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　_Richard M. Berman_
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD M. BERMAN**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S.D.J.**