**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,             :

                         Government,       :      22 CR. 135 (RMB)

         - against -                    :      **ORDER**

RICARDO FERGUSON,               :

                          Defendant.        :
-------------------------------------------------------------x

The sentence scheduled for Wednesday, October 9, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 1, 2024
        New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.