**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 1, 2024

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/24

Re:  **United States v. Ferguson**, 22 Cr. 135 (RMB)

Dear Judge Berman:

The Government respectfully requests the Court's leave to file its sentencing submission on October 3, in anticipation of the sentencing on October 9, 2024. The Government requests the two-day extension to determine how United States v. Barrett, 102 F.4th 60 (2d Cir. 2024), and Lora v. United States, 599 U.S. 453 (2023), should be applied to this case. We apologize for the tardiness of our adjournment request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Jun Xiang
Mathew Andrews / Dominic Gentile / Jun Xiang
Assistant United States Attorneys
(212) 637-6526 / -2567 / -2289

Application granted.

**CC (By ECF)**
Florian Miedel, Esq.
Evan Lipton, Esq.

SO ORDERED:
Date: 10/2/24      Richard M. Berman
Richard M. Berman, U.S.D.J.