**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,    :     22 CR. 135 (RMB)
                                             :
    - against -                             :     **ORDER**
                                             :
                                             :
RICARDO FERGUSON,                            :
                                             :
                Defendant.     :
------------------------------------------------------------x

        The sentence scheduled for Wednesday, November 6, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 30, 2024
       New York, NY

                                          RICHARD M. BERMAN
                                                U.S.D.J.