NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO FERGUSON,<br>a/k/a "Maybach,"<br><br>Defendant. | **Order of Restitution**<br><br>**S2 22 Cr. 135 (RMB)** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Dominic A. Gentile, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts One, Two, Four, and Five of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.    **Amount of Restitution**

Ricardo FERGUSON, the defendant, shall pay restitution in the total amount of $18,820.98, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offenses charged in Counts One, Two, Four, and Five.  The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A.  Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.    **Joint and Several Liability**

Restitution is not joint and several with other defendants or with others not named herein.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/24

**B.      Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A.

**2.      Schedule of Payments**

**See terms set forth in Judgment dated November 6, 2024.**

**3.      Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**4.      Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**5.      Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or

disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and

the Probation Office, as needed to effect and enforce this Order, without further order of this Court.


SO ORDERED:

_____
HONORABLE RICHARDD M. BERMAN
UNITED STATES DISTRICT JUDGE

_____
DATE  11/12/24

2023.2.16                                    3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>RICARDO FERGUSON,<br>a/k/a "Maybach,"<br><br>    Defendant. | **Sealed Schedule of Victims**<br><br>**S2 22 Cr. 135 (RMB)** |

**FILED UNDER SEAL**